IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
DEC -2 2004

WESLEY JACKSON WOODHAM, )
)
Petitioner, )
v. ) CASE NO. 1:04-cv-994-F
)
C. REESE, *et al.*, )
)
Respondents. )

5:04cv315B-S

CV205-146

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 22, 2004 (Doc. #3), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is TRANSFERRED to the United States District Court for the Southern District of Mississippi pursuant to the provisions of 28 U.S.C. § 1404(a).

DONE this 23rd day of November, 2004.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

ATTEST: A True Copy.
Certified to 11/22, 20 04.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

# U.S. District Court
## Alabama Middle District (Dothan)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00994-MEF-DRB
### Internal Use Only

Woodham v. Reese (INMATE1)
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Delores R. Boyd
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 10/18/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

---

**Wesley Jackson Woodham**  represented by  **Wesley Jackson Woodham**
Reg. No. 09576-002
FCI Yazoo City
P.O. Box 5000
Yazoo City, MS 39194
PRO SE

V.

**Defendant**

---

**C. Reese,** *Warden*

ATTEST: A True Copy.
Certified to 11/23, 2004
Clerk, U.S. District Court,
Middle District of Alabama
BY _____ Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2004 | | ***Staff Attorneys added as Interested Party. Assignment of Staff Attorney Anderson, ***Set Inmate and Staff Attorney Flags (cs, ) (Entered: 10/20/2004) |
| 10/18/2004 | 1 | PETITION for Writ of Habeas Corpus , filed by Wesley Jackson Woodham.(dmn) (Entered: 10/21/2004) |
| 10/18/2004 | 2 | MEMORANDUM in Support of 1 Petition for Writ of Habeas Corpus filed by Wesley Jackson Woodham. (dmn ) (Entered: 10/21/2004) |

| | | |
|---|---|---|
| 10/22/2004 | 3 | REPORT AND RECOMMENDATIONS that this case be transferred to the USDC for the Southern District of Mississippi pursuant to the provisions of 28 U.S.C. 1404(a). Objections to R&R due by 11/9/2004. Signed by Judge Delores R. Boyd on 10/22/04. (cc, ) (Entered: 10/22/2004) |
| 11/10/2004 | | No objections have been filed to the recommendation. (cc, ) (Entered: 11/10/2004) |
| 11/23/2004 | 4 | ORDER ADOPTING 3 Recommendation of the Magistrate Judge; transferring this case to the United States District Court for the Southern District of Mississippi pursuant to the provisions of 28 USC 1404(a).. Signed by Judge Mark E. Fuller on 11/23/04. (Attachments: # 1 PLRA Checklist)(sl, ) (Entered: 11/23/2004) |
| 11/23/2004 | | Case transferred to United States District Court for the Southern District of Mississippi. Entire file with certified copy of docket sheet and transfer order mailed by CMRRR to Clerk. (sl, ) (Entered: 11/23/2004) |