**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
BRUNSWICK DIV.

2005 DEC 22   A 9: 36

CLERK _____

WESLEY WOODHAM,

   Petitioner,

  vs.

JOSE VASQUEZ, Warden,

   Respondent.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV205-146

### O R D E R

  After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

  Respondent's Motion to Dismiss is **GRANTED**. The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

  **SO ORDERED**, this 22 day of December, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)